## GENEVA TILLERSON V. THE STATE.

No. 21961. Delivered March 4, 1942.

The opinion states the case.

*Art Schlofman*, of Dalhart, for appellant.

*Spurgeon E. Bell*, State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The record in this case discloses that the appellant was assessed a fine of $100.00 for violation of the liquor laws and the question raised is identical with that in Cause No. 21,960 (Page 473 of this volume) in which the same party is appellant. The same disposition is made of the case and for the reasons stated in Cause No. 21,960, the judgment of the trial court is reversed and the cause remanded.